■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEPHEN M. BALLARD, Appellant.—Appeal by the defendant from a judgment of the County Court, Nassau County (Jonas, J.), rendered December 17, 1991, convicting him of burglary in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (see, People v Contes, 60 NY2d 620), we find that it

was legally sufficient to establish the defendant's guilt beyond a reasonable doubt *(see, People v Spruill,* 155 AD2d 706; *People v Bullard,* 59 AD2d 786; *cf., People v Collins,* 150 AD2d 476). Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

Additionally, we find that the sentence imposed was neither harsh nor excessive *(see, People v Suitte,* 90 AD2d 80). Bracken, J. P., Rosenblatt, O'Brien and Copertino, JJ., concur.